**In re:  Monica Lynn COLEMAN;  In re: Coleman Craten, L.L.C., Debtors.**

**Monica Lynn Coleman, Plaintiff–Appellant,**

v.

**Lori Simpson, Trustee, Defendant–Appellee.**

**In re Monica Lynn Coleman, Petitioner.**

**Nos.  01–2186, 01–2374.**

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Monica Lynn Coleman, Appellant Pro Se. Kevin Gerald Hroblak, Whiteford, Taylor & Preston, Baltimore, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

No. 01–2186 affirmed and No. 01–2374 petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

In No. 01–2186, Monica Coleman appeals from the district court's order affirming the bankruptcy court's order denying relief on her claims against the Trustee in the underlying bankruptcy proceeding. Our review of the record and the opinions below discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  *Coleman v. Simpson,* Nos.  CA–00–3788–MJG;  BK–99–56239; AP–99–5665–SD;  AP–99–5667–SD (D.Md. Sept. 13, 2001).  In No. 01–2374, Coleman petitions for a writ of mandamus directing the district court to forward to this court the designated portions of the bankruptcy court record.  Because the record has since been received by this court, we deny the petition for a writ of mandamus as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

---

*AFFIRMED.*

*PETITION DENIED.*